**DISMISS and Opinion Filed April 30, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00206-CV**

**JANATA MONTGOMERY, Appellant**
**V.**
**SOUTHERN METHODIST UNIVERSITY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17588**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Appellant appeals from the February 13, 2020 order denying her motion to recuse the presiding judge. The record before this Court does not contain a final judgment. The Court questioned its jurisdiction to review the recusal order and directed appellant to file, by March 3, 2020, a letter brief addressing the Court's concern. We cautioned appellant that failure to comply may result in dismissal of the appeal without further notice. As of today's date, appellant has not responded.

With respect to an order denying a motion to recuse, this Court's appellate jurisdiction is limited to review from the final judgment. TEX. R. CIV. P. 18a(j)(1)(A)

("An order denying a motion to recuse may be reviewed only for abuse of discretion on appeal from the final judgment."). Because the trial court has not rendered a final judgment, this Court lacks jurisdiction to review the recusal order. *See id*. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200206F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JANATA MONTGOMERY,
Appellant

No. 05-20-00206-CV     V.

SOUTHERN METHODIST
UNIVERSITY, Appellee

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-17588.
Opinion delivered by Chief Justice
Burns. Justices Whitehill and
Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SOUTHERN METHODIST UNIVERSITY recover its costs of this appeal from appellant JANATA MONTGOMERY.

Judgment entered April 30, 2020